**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 98-6664**

_____

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

FRANCIS NWANKWO, a/k/a Chucka,

Defendant - Appellant.

_____

Appeal from the United States District Court for the District of
Maryland, at Baltimore. Herbert N. Maletz, Senior Judge, sitting
by designation. (CR-91-308-HAR, CA-97-1301-HNM)

_____

Submitted: January 29, 1999          Decided: February 17, 1999

_____

Before WILKINS and LUTTIG, Circuit Judges, and HALL, Senior Circuit
Judge.

_____

Dismissed by unpublished per curiam opinion.

_____

Francis Nwankwo, Appellant Pro Se. Brent Jefferson Gurney, Assis-
tant United States Attorney, Greenbelt, Maryland, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Francis Nwankwo seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West 1994 & Supp. 1998). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal substantially on the reasoning of the district court.[*] See United States v. Nwankwo, Nos. CR-91-308-HAR; CA-97-1301-HNM (D. Md. Apr. 16, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

                                                          DISMISSED

---

[*] The district court determined that a portion of the prosecutor's closing argument was improper but not prejudicial. See United States v. Nwankwo, 2 F. Supp.2d 765, 769 (D. Md. 1998). Because we find the argument was not prejudicial, we find it unnecessary to consider whether it was improper.